UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X      **tmm1634**
In re:
                                                                Chapter 13
AMARJIT SINGH                                                   Case No.: 108-41434-633


                                    Debtor(s)         **NOTICE OF SETTLEMENT OF**
--------------------------------------------------------X   **ORDER DISMISSING CASE**
                                                            **AND OPPORTUNITY FOR**
                                                            **HEARING**

   **PLEASE TAKE NOTICE**, that at a duly noticed hearing held before the Honorable Dennis E. Milton on August 20, 2008, the Court found sufficient cause to warrant dismissal of the above captioned case upon the oral application and argument of the Standing Chapter 13 Trustee for the Eastern District of New York, Michael J. Macco.

   **PLEASE TAKE FURTHER NOTICE,** that an Order dismissing this case, a true copy of which is annexed hereto, will therefore be presented to the Court for signature in Chambers on September 8, 2008, at 9:00 a.m. (the "Settlement Date"), and upon the signing and entry of said Order the case will be dismissed.

   **PLEASE TAKE FURTHER NOTICE**, that in the event all outstanding defaults are promptly cured prior to the Settlement Date, opposition papers sufficiently detailing the cure of all defaults may be filed with the Clerk of Court and served upon the undersigned and all other parties to whom this Notice was served so as to ensure actual receipt no later three (3) business days prior to the Settlement Date, and upon the timely filing of same a hearing will had thereupon before the Honorable Dennis E. Milton on September 17, 2008 at 11:00 a.m.. at the U.S Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 3577, Brooklyn, New York 11201.

Dated:  Melville, New York                    Yours, etc.
        August 25, 2008
                                              MICHAEL J. MACCO
                                              Chapter 13 Trustee
                                              135 Pinelawn Road - Suite 120 South
                                              Melville, New York 11747
                                              (631) 549-7900 tel • (631) 549-7845 fax

To:     *Office of the United States Trustee*
        *Amarjit Singh*
        *Henry J. Scorcia, Attorney for Debtor(s)*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X  **tmm1634**

In re:

Chapter 13

AMARJIT SINGH                                         Case No.: 108-41434-633

                Debtor(s)                              **ORDER**
------------------------------------------------------------X

      Upon the oral application and motion of the Trustee to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed, and same having come on to be heard before the Honorable Dennis E. Milton on the 20TH day of AUGUST, 2008, and Michael J. Macco, Chapter 13 Trustee, by Vincent Cuocci, Esq., having appeared in support of the motion, and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed, and that sufficient cause has been shown, it is

      **ORDERED**, that confirmation is denied, and pursuant to the provisions of 11 U.S.C. §1307(c), the above referenced Chapter 13 case is hereby dismissed, and $150.00 is hereby awarded to the Trustee for costs incurred in relation to this case.

Dated: Brooklyn, New York
                , 2008

                                                    **DENNIS E. MILTON**
                                                    United States Bankruptcy Judge

STATE OF NEW YORK   )
COUNTY OF SUFFOLK  )  ss.:

      JANINE ZARRILLI, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York.

      On August 25, 2008, deponent served the within:

## Notice of Settlement and Order of Dismissal

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York

*Office of the United States Trustee*
*United States Bankruptcy Court*
*271 Cadman Plaza East, Suite 4529*
*Brooklyn, NY  11201*

***Amarjit Singh***
*8753 133rd Street*
*Richmond Hill, NY 11418*

***Henry J. Scorcia*** *, Esq.*
*Attorney for Debtor*
*26 Broadway*
*Suite 1602*
*New York, NY 10004*

                                          */s/ Janine Zarrilli___*
                                          JANINE ZARRILLI

Sworn to before me this
25th day of AUGUST, 2008

*/s/ Loni Bragin_____*
NOTARY PUBLIC
Loni Bragin
Notary Public, State of New York
No. 01BR6172194
Qualified in Suffolk County
Commission Expires August 6, 2011